IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CLIVE C. PETTIS, SR.,

    Plaintiff,

v.                                      CIVIL NO. 3:12cv864-HEH

NOTTOWAY COUNTY SCHOOL
BOARD, et al.,

    Defendant.

## FINAL ORDER
(Adopting Report and Recommendation of the Magistrate Judge)

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on May 31, 2013 (ECF No. 25). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge (ECF No. 25) is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Defendants' Motion to Dismiss (ECF No. 11) is GRANTED in part and DENIED in part.

(3) Plaintiff's Title VII claims against Defendants Helen Simmons, Wallace Hurt, Robert Horn, Jacqueline Hawkes, Shelli Hinton and Daniel Grounard are DISMISSED without prejudice.

(4) Plaintiff's §§ 1981 and 1983 claim against Defendants Helen Simmons, Wallace Hurt, Robert Horn, Jacqueline Hawkes, Shelli Hinton and Daniel Grounard in their official capacities are DISMISSED without prejudice.

(5) Plaintiff's §§ 1981 and 1983 claim against Defendants Helen Simmons, Wallace Hurt, Robert Horn, Jacqueline Hawkes and Shelli Hinton in their individual capacities are DISMISSED without prejudice.

(6) Defendants' Motion to Dismiss Plaintiff's §§ 1981 and 1983 claim against Defendant Daniel Grounard in his personal capacity is DENIED.

(7) Plaintiff's due process claim in Count III of Plaintiff's Amended Complaint (ECF No. 4) is DISMISSED without prejudice.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

Richmond, Virginia

Date: June 17, 2013

/s/
Henry E. Hudson
United States District Judge